1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHANIEL J. TAYLOR and HARRY L. HARRISON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>ALLIEDBARTON SECURITY SERVICES LP; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:13-cv-01613-AWI-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE INFORMAL TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTE**<br><br>Action Filed:　October 7, 2013 |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

　　　Plaintiffs Nathaniel J. Taylor and Harry L. Harrison ("Plaintiffs") and Defendant AlliedBarton Security Services LP ("Defendant") (collectively "the Parties"), by and through their counsel of record, hereby stipulate as follows:

　　　WHEREAS the Parties submitted their respective summary of discovery dispute to the Court on May 30, 2014,

　　　WHEREAS on June 3, 2014, the Court set an informal telephonic conference regarding the discovery dispute for June 9, 2014 at 4:00 p.m.,

　　　WHEREAS, lead counsel for Defendant, Jeremy Naftel, has a pre-scheduled conference in Washington, D.C., from June 9 to June 11, 2014,

1

STIPULATION AND ORDER TO CONTINUE INFORMAL TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTE

821302.1

1    WHEREAS the Parties met and conferred and agreed that they are available on either June

2  6, 2014, or June 12, 2014, and agreed to reschedule the date of the telephone conference to a date

3  convenient for the Parties and the Court.

4    **IT IS SO STIPULATED.**

5  Dated:  June 4, 2014                      CAROTHERS DISANTE & FREUDENBERGER LLP

6

7                                            By:              /S/ Sophia S. Kwan
                                                         Sophia S. Kwan
8                                            Attorneys for Defendant
                                             AlliedBarton Security Services, LP
9

10  Dated:  June 4, 2014                     JAURIGUE LAW GROUP

11

12                                           By:              /S/ Abigail A. Zelenski
                                                         Abigail A. Zelenski
13                                           Attorneys for Plaintiffs
                                             Nathaniel J. Taylor and Harry L. Harrison
14

15

16                                           **ORDER**

17    Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ORDERED

18  that the informal telephonic conference regarding the parties' discovery dispute is continued to

19  June 12, 2014, at 4:00 p.m.

20

21  IT IS SO ORDERED.

22    Dated:  **June 4, 2014**                          **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                          2    STIPULATION AND ORDER TO CONTINUE
                                               INFORMAL TELEPHONIC CONFERENCE RE:
                                               DISCOVERY DISPUTE

821302.1