**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHANIEL J. TAYLOR and HARRY L. HARRISON, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>      v.<br><br>ALLIEDBARTON SECURITY SERVICES LP; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 1:13-cv-01613-AWI-SKO<br><br>**STIPULATION AND ORDER GRANTING STAY AND TOLLING OF PLAINTIFFS' FLSA CLAIM**<br><br>Action Filed:   October 7, 2013 |

Plaintiffs Nathaniel J. Taylor and Harry L. Harrison ("Plaintiffs") and Defendant AlliedBarton Security Services LP ("Defendant") (collectively "the Parties"), by and through their counsel of record, hereby stipulate as follows:

1. Plaintiffs' FLSA claim is stayed;

2. The statute of limitations on Plaintiffs' FLSA claim is tolled for Plaintiffs and the putative Collective Action Members as defined in the First Amended Complaint, retroactive from April 1, 2014, through the date that the stay in the within action is lifted;

3. AlliedBarton's counsel will notify Plaintiffs' counsel, and the Parties will jointly request a hearing date for the Court to evaluate the continued propriety of the stay and tolling, promptly following the ruling on the motion for class certification in *Babeshkov v. AlliedBarton Security Services*, case number BC 388257, pending in Los Angeles County Superior Court.

**IT IS SO STIPULATED.**

Dated:  June 26, 2014            CAROTHERS DISANTE & FREUDENBERGER LLP

By:  _____/S/ Sophia S. Kwan_____
Sophia S. Kwan
Attorneys for Defendant
AlliedBarton Security Services, LP

Dated:  June 26, 2014            JAURIGUE LAW GROUP

By:  _____/S/ Abigail A. Zelenski_____
Abigail A. Zelenski
Attorneys for Plaintiffs
Nathaniel J. Taylor and Harry L. Harrison

**ORDER**

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that:

(1) Plaintiffs' FLSA claim is stayed, and

(2) the statute of limitations on Plaintiffs' FLSA claim is tolled for Plaintiffs and the putative Collective Action Members, retroactive from April 1, 2014, through the date the stay in the within action is lifted.

IT IS SO ORDERED.

Dated:  **June 27, 2014**            **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RE: STAY AND TOLLING OF PLAINTIFFS' FLSA CLAIM