1

2

3

4

5              **UNITED STATES DISTRICT COURT**

6              **EASTERN DISTRICT OF CALIFORNIA**

7

8  | **NATHANIEL J. TAYLOR and HARRY L.** | **CASE NO. 1:13-CV-01613-AWI-SKO** |

9  **HARRISON, individually and on behalf of**
    **all others similarly situated,**

10              **Plaintiffs,**        **ORDER CLOSING CASE IN LIGHT OF**
                                        **STIPULATION FOR DISMISSAL WITH**
                                        **PREJUDICE**
11          **v.**

12  **ALLIED BARTON SECURITY**
    **SERVICES LP, and DOES 1-10 inclusive,**
13
              **Defendants.**
14

15

16

17         On September 3, 2015, the parties filed a stipulation for dismissal of this case under Rule

18  41(a)(1)(A)(ii), with the Plaintiffs' individual claims being dismissed with prejudice and the

19  putative class claims being dismissed without prejudice. <u>See</u> Doc. No. 30.

20         Rule 41(a)(1), in relevant part, reads:

21
           (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a
22         notice of dismissal before the opposing party serves either an answer or a motion
           for summary judgment; or (ii) a stipulation of dismissal signed by all parties who
23         have appeared. . . . (B) Unless the notice or stipulation states otherwise, the
           dismissal is without prejudice.
24

25  Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not

26  require a court order/court approval. <u>See</u> Fed. R. Civ. P. 41(a)(1); <u>Yesh Music v. Lakewood</u>

27  <u>Church</u>, 727 F.3d 356, 362 (5th Cir. 2013); <u>Commercial Space Mgmt. Co. v. Boeing Co.</u>, 193 F.3d

28

1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re

Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).

Here, all parties who have appeared in this case signed the stipulated dismissal.  Because

all parties have signed the stipulated dismissal, this case has terminated automatically.  See id.


Therefore, IT IS HEREBY ORDERED that  the Clerk shall CLOSE this case in light of the

parties' properly filed and signed Rule 41(a)(1)(A)(ii) Stipulation Of Dismissal, which dismissed

the individual Plaintiffs' claims with prejudice and the putative class action claims without

prejudice.


IT IS SO ORDERED.

Dated:    September 4, 2015    

_____

SENIOR  DISTRICT  JUDGE